1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JOHN RICHARD CHRISTENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 15-mj-149 AC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | ) ) | PRELIMINARY HEARING |
| JOHN R. CHRISTENSEN, | ) ) | Date:   September 3, 2015 |
| Defendant. | ) ) ) | Time:   2:00 p.m. Judge:  Hon. Kendall J. Newman |

The United States of America, through its counsel, Assistant U. S. Attorney Roger Yang, and defendant, John Richard Christensen, through Assistant Federal Defender, Matthew M. Scoble, stipulate that the Preliminary Hearing, currently scheduled for August 3, 2015, be continued to September 3, 2015 at 2:00 p.m.

The continuance is necessary for defense preparation in conferring with defendant and the government to negotiate a resolution to this matter prior to an indictment being filed.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to September 3, 2015.

The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: July 27, 2015           HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Matthew M. Scoble*
                               MATTHEW M. SCOBLE
                               Assistant Federal Defender
                               Attorney for JOHN R. CHRISTENSEN

DATED: July 27, 2015           BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Roger Yang*
                               ROGER YANG
                               Assistant U.S. Attorney

## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to September 3, 2015, at 2:00 p.m., before the Hon. Kendall J. Newman; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 27, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
christensen0149.stipo.cont.PX