HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN RICHARD CHRISTENSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-cr-193 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA AND EXCLUDING TIME |
| v. | |
| JOHN RICHARD CHRISTENSEN, | Date:  October 1, 2015<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROGER YANG, Assistant United States Attorney, attorney for Plaintiff, HEATHER WILLIAMS, Federal Defender, through Assistant Federal Defender MATTHEW M. SCOBLE, attorney for JOHN RICHARD CHRISTENSEN that the status conference/change of plea hearing date of October 1, 2015 be vacated, and the matter be set for status conference/change of plea on October 8, 2015 at 9:00 a.m.

The continuance is requested for defense counsel to meet and confer with the defendant regarding the proposed plea offer and resolution of this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 8, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

| | | |
|---|---|---|
| 1 | DATED: September 25, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | |
| 4 | | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender |
| 5 | | Attorney for JOHN RICHARD CHRISTENSEN |
| 6 | | |
| 7 | DATED: September 25, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | *ced/s/ Roger Yang* |
| 10 | | ROGER YANG<br>Assistant U.S. Attorney |
| 11 | | Attorney for Plaintiff |

1  DATED: September 25, 2015                HEATHER E. WILLIAMS
                                            Federal Defender
2

3
                                            */s/ Matthew M. Scoble*
4                                           MATTHEW M. SCOBLE
                                            Assistant Federal Defender
5                                           Attorney for JOHN RICHARD CHRISTENSEN

6

7  DATED: September 25, 2015                BENJAMIN B. WAGNER
                                            United States Attorney
8

9
                                            */s/ Roger Yang*
10                                          ROGER YANG
                                            Assistant U.S. Attorney
11                                          Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  DATED: September 25, 2015                HEATHER E. WILLIAMS
                                            Federal Defender
2

3
                                            */s/ Matthew M. Scoble*
4                                           MATTHEW M. SCOBLE
                                            Assistant Federal Defender
5                                           Attorney for JOHN RICHARD CHRISTENSEN

6

7  DATED: September 25, 2015                BENJAMIN B. WAGNER
                                            United States Attorney
8

9
                                            */s/ Roger Yang*
10                                          ROGER YANG
                                            Assistant U.S. Attorney
11                                          Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference          -2-          *US v. Christensen,* 15-cr-193 MCE

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 8, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 1, 2015 status conference/change of plea shall be continued until October 8, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT